**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-01031-001-TUC-RM (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Charles Robert Wright, | |
| Defendant. | |

Pending before the Court is Defendant's Motion to Cure Duplicitous Indictment. (Doc. 41.)[1] Defendant argues that the Indictment in the above-captioned case impermissibly joins different crimes into single counts because each count charges Defendant with both completed and attempted conduct. (*Id.*) Defendant asks the Court to either require the Government to elect whether each count charges completed or attempted conduct or, alternatively, provide the jury with a specific unanimity instruction. (*Id.*) In response, the Government does not concede that the Indictment is duplicitous but agrees to elect its theory at a later date in order to avoid unnecessary litigation. (Doc. 49.)

An indictment is duplicitous if it joins two or more distinct and separate offenses into a single count, thus creating a danger that a jury could find the defendant guilty of the count without having reached a unanimous verdict on the commission of a particular offense. *United States v. UCO Oil Co.*, 546 F.2d 833, 835 (9th Cir. 1976). Duplicity "is

---
[1] Other pending motions will be resolved separately.

not fatal to an indictment." *United States v. Ramirez-Martinez*, 273 F.3d 903, 915 (9th Cir. 2001), *overruled on other grounds by United States v. Lopez*, 484 F.3d 1186 (9th Cir. 2007) (internal quotation marks omitted). "[A] defendant indicted pursuant to a duplicitous indictment may be properly prosecuted and convicted if either (1) the government elects between the charges in the offending count, or (2) the court provides an instruction requiring all members of the jury to agree as to which of the distinct charges the defendant actually committed." *Id.*

Because the Government has agreed to elect its theory of the case in order to avoid unnecessary litigation, the Court will grant Defendant's Motion to Cure Duplicitous Indictment to the extent it requests that the Government be required to elect its theory.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Cure Duplicitous Indictment (Doc. 41) is **granted** to the extent it asks the Court to require the Government to elect its theory but **denied** to the extent it requests any other relief. The Government shall elect its theory at least **thirty (30) days** before trial.

Dated this 21st day of February, 2022.

_____
Honorable Rosemary Márquez
United States District Judge